THOMAS M. HERLIHY (SBN 83615)
LAURA E. FANNON (SBN 111500)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

DAN MARMALEFSKY (SBN 95477)
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024
Telephone: (213) 892-5809
Facsimile: (213) 892-5454

Attorneys for Defendants
TRANSAMERICA OCCIDENTAL
LIFE INSURANCE COMPANY and
ROBERT MELTON VICK

# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM R. ELAM, | CASE NO. 2:05CV 00819 MCE KJM |
| Plaintiff, | |
| v. | **STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT; ORDER** |
| TRANSAMERICA INSURANCE & INVESTMENT GROUP; TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY; ROBERT MELTON VICK and DOES 1 through 50, inclusive, | |
| Defendants. | |

///

///

///

///

## STIPULATION

Plaintiff William R. Elam ("plaintiff") and defendants Transamerica Occidental Life Insurance Company ("Transamerica"; the defendant named as "Transamerica Insurance & Investment Group" is not a legal entity) and Robert Melton Vick ("Vick") (jointly, "defendants"), by and through their respective counsel, hereby stipulate and agree that defendants may have an extension of time, to and including May 23, 2005, to answer, move to dismiss, or file another pleading or pleading motion in response to the complaint filed by plaintiff in this matter.

No previous extensions have been sought or granted.

LAW OFFICES OF RANDAL M. BARNUM

Dated: May ___, 2005      By _____
                               Randal M. Barnum
                               Attorneys for Plaintiff
                               WILLIAM R. ELAM

KELLY, HERLIHY & KLEIN LLP

Dated: May ___, 2005      By _____
                               Laura E. Fannon
                               Attorneys for Defendant
                               TRANSAMERICA OCCIDENTAL LIFE
                               INSURANCE COMPANY and
                               ROBERT MELTON VICK

## ORDER

**IT IS SO ORDERED.**

Dated: May 12, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE