1  RANDAL M. BARNUM, Esq.
   State Bar No. 111287
2  Law Offices of RANDAL M. BARNUM
   279 East H Street
3  Benicia, CA 94510
   Phone: 707/745-3747
4  Fax No: 707/745-4580

5  Attorney for Plaintiff
   William R. Elam

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. ELAM, | No. CIV-S-05-0819 MCE/KJM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b) |
| vs. | |
| TRANSAMERICA INSURANCE & INVESTMENT GROUP, et al | Date: June 20, 2005 Time: 9:00 a.m. |
| Defendants. | |

The parties hereto, through their respective attorneys of record herein, hereby stipulate that the Defendants' Motion to Dismiss Pursuant to FRCP 12(b) currently scheduled for hearing on June 20, 2005 at 9:00 a.m. in Dept. 3, Hon. Morrison C. England, presiding, shall be continued and rescheduled for hearing on July 25, 2005 at 9:00 a.m. in Dept. 3, Hon. Morrison C. England, presiding. The filing deadline for Plaintiff's opposition, if any, shall be determined by the new hearing date.

Dated: June 1, 2005                Law Offices of Randal M. Barnum

                                   By: signature appears on original
                                   Randal M. Barnum, Attorney for Plaintiff,
                                   William E. Elam

///

///

///

-1-

1 | Dated: May 27, 2005     Kelly, Herlihy & Klein LLP

By: <u>signature appears on original</u>
Laura E. Fannon, Attorneys for Defendants
Transamerica Occidental Life Insurance
Company and Robert Vick

Dated: May 27, 2005     Morrison & Foerster LLP

By: <u>Signature appears on original</u>
Dan Marmalefsky, Attorneys for Defendants
Transamerica Occidental Life Insurance
Company and Robert Vick

## ORDER

Pursuant to the foregoing Stipulation and good cause appearing therefore, the hearing on Defendants' Motion to Dismiss Pursuant to FRCP 12 (b) shall be continued from June 20, 2005 to July 25, 2005 at 9:00 a.m. in Dept. 3, Hon. Morrison E. England, presiding and the Plaintiff's opposition, if any, shall be filed not later than July 8, 2005

Dated: June 7, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE