```
 1  RANDAL M. BARNUM, Esq.
    State Bar No. 111287
 2  Law Offices of RANDAL M. BARNUM
    279 East H Street
 3  Benicia, CA 94510
    Phone:  707/745-3747
 4  Fax No: 707/745-4580

 5  Attorney for Plaintiff
    William R. Elam
 6
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. ELAM, | NO. CIV S. 05-00819 MCE KJM |
| Plaintiff, | STIPULATION RE: DISMISSAL WITH PREJUDICE; |
| vs. | ORDER THEREON |
| TRANSAMERICA INSURANCE & INVESTMENT GROUP, et al., | [Fed. R. Civ. P. 41(a)] |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff WILLIAM R. ELAM and Defendants TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY and ROBERT MELTON VICK, through their respective attorneys of record, that the above-entitled action is hereby dismissed with prejudice pursuant to Fed. R. Civ.P.41(a).  The parties shall bear their own respective costs and attorneys' fees.

Dated: June 8, 2005          Law Offices of Randal M. Barnum

                             By: signature apperas on original
                             Randal M. Barnum, Attorney for Plaintiff
                             William R. Elam

Dated: June 8, 2005          Kelly, Herlihy & Klein

                             By: signture appears on original
                             Laura E. Fannon, Attorneys for Defendants
                             Transamerica Occidental Life Insurance
                             Company and Robert Melton Vick

-1-

| | |
|---|---|
| Dated: June 7, 2005 | Morrison & Foerster, LLP |
| | By: <u>Signature appears on original</u><br>Dan Marmalefsky, Attorneys for Defendants Transamerica Occidental Life Insurance Company and Robert Melton Vick |

## ORDER

Pursuant to the stipulation of the parties, it is HEREBY ORDERED that the above-entitled action is dismissed with prejudice. The parties shall bear their own respective costs and attorneys' fees.

Dated: June 15, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE